UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DENNIS HAYNES,

    Plaintiff,

v.                                              Case No: 0:17-cv-60902-WPD

DAIRY QUEEN INTERNATIONAL, INC.,

    Defendant,
_____/

**FINAL ORDER APPROVING AND ENTERING CONSENT DECREE AND DISMISSING CASE WITH PREJUDICE**

THIS CAUSE came before the Court on the Stipulation For Approval And Entry Of Consent Decree And Dismissal of the Case With Prejudice [DE 17], and the Court having reviewed the pleadings and papers filed in this cause, and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that:

1. The Consent Decree [DE 17-1] is hereby approved and entered;

2. The above-styled cause is hereby **DISMISSED with prejudice**, with the Court retaining jurisdiction over this matter for the purpose of enforcement of the Consent decree;

3. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED AS MOOT** and the case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, FL, this 10th day of October, 2017.

                                              WILLIAM P. DIMITROULEAS
                                              United States District Judge

Copies to:

Counsel of record